UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CLERK'S OFFICE - CALENDAR UNIT

**NOTICE OF RELATED CASES**

Re: 23-2545  Jensen v. Brown, et al.
 23-3052  K. J. v. Jackson, et al.

The above cases are being assigned to the same panel in **Phoenix, Arizona**, during the month of **November 2024** because the cases involve related issues concerning Eleventh Amendment sovereign immunity and the expungement of school records.

The cases are not consolidated for oral argument, though counsel may wish to confer in order to enhance oral argument.

If you have questions, please contact the Calendar Unit at (415) 355-8190.

# NON-PUBLIC DOCKET FOR

## United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 23-2545   **Docketed:** 10/04/2023

**Case Name:** Jensen v. Brown, et al.   **Status:** Opened

**Nature of Suit:** 3440 Other Civil Rights

**Appeal From:** Reno, Nevada

**Fee Status:** Paid

---

### Case Type Information

1. Civil

2. Private

3.

---

### Originating Court Information

**District:** District of Nevada: 3:22-cv-00045-LRH-CLB

**Trial Judge:** Larry R. Hicks, District Judge

**Date Filed:** 01/26/2022

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
| --- | --- | --- | --- |
| 09/27/2023 | 09/27/2023 | 10/02/2023 | 10/02/2023 |

---

### Associated Cases

---

### Party and Attorney Listing

| | |
|---|---|
| LARS JENSEN, Doctor<br>Plaintiff - Appellant | Mr. Michael E. Langton, Attorney<br>Direct: 775-329-7557<br>Email: mlangton@sbcglobal.net<br>[Retained]<br>Law Office of Michael E. Langton<br>801 Riverside Drive<br>Reno, NV 89503-5518<br><br>Mr. John Matthew Nolan, Attorney<br>Direct: 775-276-1680<br>Email: jmnolan84@gmail.com<br>[Retained] |

|  |  |
|---|---|
|  | University of Nevada, Reno<br>College of Business, Management Department<br>1664 N Virginia Street<br>Mailstop 0028<br>Reno, NV 89557-0042 |
|  | Mark Mausert, Attorney<br>Direct: 775-786-5477<br>Email: mark@markmausertlaw.com<br>[Retained]<br>Mark Mausert Law Office<br>729 Evans Avenue<br>Reno, NV 89512 |
| NATALIE BROWN, Doctor<br>Defendant - Appellee | Kiah D. Beverly-Graham, General Counsel<br>Direct: 775-673-7323<br>Email: kiah.beverly@dri.edu<br>[Retained]<br>Desert Research Institute<br>General Counsel's Office<br>Firm: 775-673-7300<br>2215 Raggio Parkway<br>Reno, NV 89512 |
| ANNE FLESHER<br>Defendant - Appellee | Kiah D. Beverly-Graham, General Counsel<br>Direct: 775-673-7323<br>Email: kiah.beverly@dri.edu<br>[Retained]<br>Desert Research Institute<br>General Counsel's Office<br>Firm: 775-673-7300<br>2215 Raggio Parkway<br>Reno, NV 89512 |
| KARIN HILGERSOM, Doctor<br>Defendant - Appellee | Kiah D. Beverly-Graham, General Counsel<br>Direct: 775-673-7323<br>Email: kiah.beverly@dri.edu<br>[Retained]<br>Desert Research Institute<br>General Counsel's Office<br>Firm: 775-673-7300<br>2215 Raggio Parkway<br>Reno, NV 89512 |
| MARIE MURGOLO | Kiah D. Beverly-Graham, General Counsel |

| | |
|---|---|
| Defendant - Appellee | Direct: 775-673-7323 |
| | Email: kiah.beverly@dri.edu |
| | [Retained] |
| | Desert Research Institute |
| | General Counsel's Office |
| | Firm: 775-673-7300 |
| | 2215 Raggio Parkway |
| | Reno, NV 89512 |
| | |
| MELODY ROSE, Doctor | Kiah D. Beverly-Graham, General Counsel |
| Defendant - Appellee | Direct: 775-673-7323 |
| | Email: kiah.beverly@dri.edu |
| | [Retained] |
| | Desert Research Institute |
| | General Counsel's Office |
| | Firm: 775-673-7300 |
| | 2215 Raggio Parkway |
| | Reno, NV 89512 |
| | |
| NEVADA FACULTY ALLIANCE | Luke A. Busby |
| Amicus Curiae | Direct: 775-453-0112 |
| | Email: luke@lukeandrewbusbyltd.com |
| | [Retained] |
| | Luke Andrew Busby, Ltd. |
| | 316 California Avenue |
| | P.O. Box 82 |
| | Reno, NV 89509 |
| | |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS | Luke A. Busby |
| Amicus Curiae | Direct: 775-453-0112 |
| | Email: luke@lukeandrewbusbyltd.com |
| | [Retained] |
| | Luke Andrew Busby, Ltd. |
| | 316 California Avenue |
| | P.O. Box 82 |
| | Reno, NV 89509 |

LARS JENSEN, Doctor,

      Plaintiff - Appellant,

v.

NATALIE BROWN, Doctor; ANNE FLESHER; KARIN HILGERSOM, Doctor; MARIE MURGOLO; MELODY ROSE, Doctor,

# NON-PUBLIC DOCKET FOR

# United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23-3052 | **Docketed:** 10/25/2023 |
| **Case Name:** K. J. v. Jackson, et al. | **Status:** Opened |
| **Nature of Suit:** 3448 Civil Rights - Education | |
| **Appeal From:** San Diego, Southern California | |
| **Fee Status:** Paid | |

## Case Type Information

1. Civil
2. Private
3.

## Originating Court Information

**District:** Southern District of California: 3:22-cv-00244-DMS-DDL

**Trial Judge:** Dana M. Sabraw, District Judge

**Date Filed:** 02/23/2022

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
|---|---|---|---|
| 09/28/2023 | 09/28/2023 | 10/20/2023 | 10/20/2023 |

## Associated Cases

## Party and Attorney Listing

| | |
|---|---|
| K. J., a minor, by and through his guardian ad litem, Kasey L. Johnson<br>Plaintiff - Appellant | Goriune Dudukgian<br>Direct: 626-432-7243<br>Email: gdudukgian@cjp-law.com<br>[Retained]<br>California Justice Project<br>35 N. Lake Avenue<br>Suite 710<br>Pasadena, CA 91101 |

| | |
|---|---|
| LAMONT A. JACKSON, in his individual capacity and official capacity as Interim Superintendent of the San Diego Unified School District<br>Defendant - Appellee | Mr. Michael Cody Sullivan<br>Direct: 619-237-5200<br>Email: Mike.Sullivan@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| CHUCK PODHORSKY<br>Defendant - Appellee | Mr. Michael Cody Sullivan<br>Direct: 619-237-5200<br>Email: Mike.Sullivan@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| JOE CAVAIOLA, in his individual capacity and official capacity as vice principal of La Jolla High School<br>Defendant - Appellee | Mr. Michael Cody Sullivan<br>Direct: 619-237-5200<br>Email: Mike.Sullivan@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP |

101 W Broadway
9th Floor
San Diego, CA 92101

---

K. J., a minor, by and through his guardian ad litem, Kasey L. Johnson,

    Plaintiff - Appellant,

v.

Doctor LAMONT A. JACKSON, in his individual capacity and official capacity as Interim Superintendent of the San Diego Unified School District; CHUCK PODHORSKY; JOE CAVAIOLA, in his individual capacity and official capacity as vice principal of La Jolla High School,

    Defendants - Appellees.

---

### Docket

LEGEND:
(R) - Restricted Document
(L) - Locked Document

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 10/25/2023 | 1 | **CASE OPENED.** A copy of your notice of appeal / petition filed in 3:22-cv-00244-DMS-DDL has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.<br>The U.S. Court of Appeals docket number **23-3052** has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct. It is your responsibility to alert the court if your contact information changes.<br>**Resources Available**<br><br>For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide. Counsel should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 10/25/2023 12:12 PM] |
| 10/25/2023 | 2 | **SCHEDULE NOTICE.** Mediation Questionnaire due 10/30/2023, Appeal Opening Brief (No Transcript Due) 12/4/2023, Appeal Answering Brief (No Transcript Due) 1/3/2024 . All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. Failure of the petitioner(s)/appellant(s) to comply with this briefing schedule will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1. [Entered: 10/25/2023 12:18 PM] |
| 10/27/2023 | 3 | **MEDIATION QUESTIONNAIRE** filed by Appellant K. J.. To submit pertinent **confidential** information directly to the Circuit Mediators, please email ca09_mediation@ca9.uscourts.gov and include the case name and number in the subject line. Confidential submissions may include any information relevant to mediation of the case and settlement potential, including, but not limited to, settlement history, ongoing or potential settlement discussions, non-litigated |